# Notice Recipients

District/Off: 0208–1  User: kcappiell  Date Created: 2/17/2011
Case: 11–10633–brl  Form ID: b9b  Total: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Castle Hill Manufacturing, Inc. | 1410 Broadway | New York, NY 10018 | | |
| ust | United States Trustee | 33 Whitehall Street | 21st Floor | New York, NY 10004 | |
| tr | Robert L. Geltzer | The Law Offices of Robert L. Geltzer | 1556 Third Avenue | Suite 505 | New York, NY 10128 |
| aty | James H. Shenwick | Shenwick &Associates | 655 Third Avenue | 20th Floor | New York, NY 10017 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205–0300 | |
| smg | United States Attorney | One St. Andrew's Plaza | Claims Unit – Room 417 | New York, NY 10007–1701 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 | | |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs – Devora Cohn | Brooklyn, NY 11201–3719 | |
| 5443173 | 1400 Broadway Associates, LLC | c/o Newmark Knight Frank | 125 Park Avenue, 12th Floor | New York, NY 10018 | |
| 5443174 | Martin Schlossberg | 641 Fifth Avenue | New York, NY 10022 | | |
| 5443175 | Nadel &Associates, P.C. | 3 East 54th Street, 16th floor | New York, NY 10022 | | |

TOTAL: 11