LAW OFFICES OF

# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

____

FACSIMILE (212) 410-0400

February 23, 2011

Gemma Philbert
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

    **Re:    Castle Hill Manufacturing, Inc. - Case No. 11-10633 (BRL)**

Dear Gemma:

    With respect to the above case, please be advised that there appears to be sufficient assets for distribution to creditors.  Thus, I would appreciate it if you would provide me with a Bar Date by which claims must be filed and notify all creditors accordingly.

    As always, I thank you for your courtesy and attention to this matter.  With kind regards, I remain

                                  Sincerely,

                                  /s/ Robert L. Geltzer

                                  Robert L. Geltzer

RLG:ayh